**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION**

| | | |
|---|---|---|
| IN RE: | ] | |
| | ] | |
| MARCUS GRANT CHAMBERS and | ] | BK. CASE NO. 1:15-01209 |
| | ] | |
| NATALIE KAYE CHAMBERS, | ] | |
| | ] | |
| Debtors, | ] | JUDGE MASHBURN |
| | ] | |
| BANK OF AMERICA, N.A., | ] | |
| | ] | |
| Secured Claimant/Movant, | ] | CHAPTER 7 |
| | ] | |
| Vs. | ] | |
| | ] | |
| MARCUS GRANT CHAMBERS, | ] | Relief from stay to enforce lien |
| NATALIE KAYE CHAMBERS and | ] | |
| EVA M. LEMEH, Trustee, | ] | |
| | ] | **Hearing Date:** |
| Respondents. | ] | June 30th, 2015 |

Affected Collateral: **129 Amber Lynn Circle, Columbia, Tennessee  38401**

---

**AGREED ORDER GRANTING RELIEF FROM AUTOMATIC STAY &
ABANDONMENT**

---

The Secured Claimant identified above, BANK OF AMERICA, N.A., has moved this Honorable Court for relief from the Automatic Stay in 11 U.S.C. Section 362(a) with respect to the Affected Collateral.  Either no timely opposition was filed or any objection raised was withdrawn or overruled by the Court at the Scheduled Preliminary Hearing.

It appearing that this matter came on before this Honorable Court for Preliminary Hearing on Tuesday, June 30th, 2015 and that neither the Debtors nor the Chapter 7 Trustee has filed a Response in opposition and that the Motion for Relief from Stay is hereby granted and the Automatic Stay of Section 362 is hereby terminated as to BANK OF AMERICA, N.A.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED BY THIS HONORABLE COURT that the Automatic Stay in 11 U.S.C. Section 362 is hereby terminated with respect to the Secured Claimant, BANK OF AMERICA, N.A., and its Affected Collateral.

IT IS FURTHER ORDERED that the Chapter 7 Trustee hereby abandons the Affected Collateral municipally known as 129 Amber Lynn Circle, Columbia, Tennessee 38401 as burdensome or of inconsequential value to the estate pursuant to 11 U.S.C. Section 554 and L.B.R. 6007-1(b).

IT IS FURTHER ORDERED that the fourteen (14) day waiting period of Federal Rules of Bankruptcy Procedures Rule 4001(a)(3) is hereby waived as to the instant Agreed Order and pursuant to Local Rule 6007-1 no further notice of abandonment is required by the Chapter 7 Trustee.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

APPROVED FOR ENTRY:


/s/Duane W. DeVault
DUANE W. DEVAULT  B.P.R. #13541
Attorney for Movant Bank of America, N.A.
Post Office Box 387
Hendersonville, TN  37077-0387
(615) 822-7301 Office
(615) 826-0473 Facsimile
duanedevault@att.net


/s/Valerie Ann Spicer
VALERIE ANN SPICER B.P.R.#5743
Attorney for Movant Bank of America, N.A.
208 Adams Avenue
Memphis, TN  38103-1991
(901) 526-8296 Office
(901) 526-3061 Facsimile
ann@weiss-spicer.com

/s/Eva M. Lemeh
EVA M. LEMEH B.P.R. #12153
Chapter 7 Trustee
4300 Kings Lane
Nashville, Tennessee 37218
(615) 876-4862 Office
(615) 876-8508 Facsimile
emlemeh@comcast.net

## CERTIFICATE OF SERVICE

I, Duane W. DeVault, Attorney at Law hereby certify that an ECF copy of the foregoing Agreed Order Granting Relief from Automatic Stay and Abandonment has been forwarded via either first class mail, postage prepaid, facsimile transmission or electronic delivery on this the 30th day of June, 2015 to the following:

Mr. & Mrs. Marcus Grant Chambers
129 Amber Lynn Circle
Columbia, Tennessee 38401

Mr. Bryan Clark Penland
Law Office of James A. Flexer
Attorney for Debtors
13 Public Square
Columbia, Tennessee 38401
Fax-(931) 375-0010

Ms. Eva M. Lemeh
Chapter 7 Trustee
4300 Kings Lane
Nashville, Tennessee 37218
Fax- (615) 876-8508

Ms. Beth R. Derrick
Assistant U.S. Trustee
701 Broadway
318 Customs House
Nashville, TN 37203        /s/Duane W. DeVault
Fax-(615) 736-2260         DUANE W. DEVAULT, ATTORNEY